■ In the Matter of WILLIAM W. KELLY, III, Respondent, v MELANIE WACHOWIAK, Appellant. In the Matter of MELANIE WACHOWIAK, Appellant, v WILLIAM W. KELLY, III, Respondent. (Appeal No. 1.) [53 NYS3d 874]—Appeal from an order of the Family Court, Erie County (Kevin M. Carter, J.), entered July 7, 2015 in proceedings pursuant to Family Court Act article 6. The order, inter alia, granted sole custody of the subject children to William W. Kelly, III.

It is hereby ordered that said appeal is unanimously dismissed without costs (see Matter of Tristyn R. [Jacqueline Z.] [appeal No. 2], 144 AD3d 1611, 1612 [2016]). Present— Smith, J.P., Centra, Peradotto, Lindley and NeMoyer, JJ.

■ In the Matter of MELANIE WACHOWIAK, Appellant, v WILLIAM W. KELLY, III, Respondent. (Appeal No. 2.) [53 NYS3d 870]—Appeal from an order of the Family Court, Erie County (Kevin M. Carter, J.), entered July 10, 2015 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition of Melanie Wachowiak seeking sole custody of the subject children.

It is hereby ordered that said appeal is unanimously dismissed without costs (see Matter of Tristyn R. [Jacqueline Z.] [appeal No. 2], 144 AD3d 1611, 1612 [2016]). Present— Smith, J.P., Centra, Peradotto, Lindley and NeMoyer, JJ.

■ In the Matter of WILLIAM W. KELLY, III, Respondent, v MELANIE WACHOWIAK, Appellant. In the Matter of MELANIE WACHOWIAK, Appellant, v WILLIAM W. KELLY, III, Respondent. (Appeal No. 3.) [53 NYS3d 871]—Appeal from an order of the Family Court, Erie County (Kevin M. Carter, J.), entered August 3, 2015 in proceedings pursuant to Family Court Act article 6. The order, inter alia, granted sole custody of the subject children to William W. Kelly, III.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court (2015 NY Slip Op 32707[U]). Present—Smith, J.P., Centra, Peradotto, Lindley and NeMoyer, JJ.